# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

| | |
|---|---|
| DAVID BRIAN CROW, | § |
| Plaintiff, | § |
| v. | § Civil No.: 1:19-cv-00214-JMV |
| ANDREW SAUL,<br>Commissioner of Social Security, | § |
| Defendant. | § |

## ORDER

On this date came for consideration Defendant's Unopposed Motion to Remand pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g), filed by the Commissioner of Social Security, Defendant herein, and the Court being advised in the premises is of the opinion that said Motion should be GRANTED.

It is, therefore, ORDERED, ADJUDGED, and DECREED that this cause be REMANDED to the Commissioner of Social Security pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Commissioner shall instruct the Administrative Law Judge to offer Plaintiff the opportunity for a new hearing; address the consultative examiner's opinion regarding Plaintiff's physical limitations, especially as regards reaching; provide an appropriate rationale for declining to adopt any portion(s) of the opinions of record, especially that of the consultative examiner; obtain vocational expert testimony; reassess the residual functional capacity; and issue a new decision.

SO ORDERED this 13th day of April, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE