**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

| | | |
|---|---|---|
| **DAVID BRIAN CROW,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil No.: 1:19-cv-00214-JMV** |
| | § | |
| **ANDREW SAUL,** | § | |
| **Commissioner of Social Security,** | § | |
| | § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

Consistent with the Order [17] granting reversal and remand for further proceedings filed in this matter, it is hereby **ORDERED and ADJUDGED** that the final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**SIGNED** this 13th day of April, 2020.


/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE